

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00761-CV

The **STATE** of Texas,
Appellant

v.

Ruben Nathan **GARCIA**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 2011-0810-CV
Honorable Dwight E. Peschel, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's expunction order is REVERSED and the cause is remanded to the trial court for a new expunction hearing.

We ORDER the costs of this appeal taxed against appellee Ruben Nathan Garcia.

SIGNED July 31, 2013.

_____
Luz Elena D. Chapa, Justice